United States Court of Appeals
 for the district of columbia circuit

No. 99-5430 September Term, 2000

 Eric Eldred, et al., Filed On: February 20, 2001
 [577078]
 Appellants
 
v.

Janet Reno, In her official capacity as Attorney General,
 Appellee
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 99cv00065)
 
 
 

 Before: Ginsburg, Sentelle and Henderson, Circuit Judges.

 O R D E R

 It is ORDERED, by the court's own motion, that the opinion
issued by the court on February 16, 2001 be amended as follows:

 Page 11, lines 7-8: Delete the words "so much as mentions
the preamble, let alone." 

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk